October 28th, 2024

To: Arthur Johnston, Clerk of Court
USDC
Jackson, MS 39201

Copies: District Judge Kristi H. Johnson,
Magistrate Judge Bradley W. Rath,
Tom Julian, MTC Defendants, and
James H. Hall & La'Bria M. Barnes
for MDOC

From: Scott Tyner, 194369
EMCF, 2A, #212
10641 Hwy. 80 West
Meridian, MS 39307

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 31 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

Matter: Tyner v. Cain, et al.;
3:22-cv-257-KHJ-BWR

Re: Letter to Tom Julian of 9/23/24
"returned to sender"

Greetings!
The letter I sent to Mr. Julian on September 23rd, 2024, was returned to me as "Illegible". I'm including a copy of the envelope. Except for the "MS", it looks legible, the zip-code in particular.
I hope that didn't cause any problems. I just got it on Thursday, October 25th, 2024.

Apologies,
Scott Tyner