December 15th, 2025

To: Arthur Johnston, Clerk of Court
501 East Court St., Ste. 2.500
Jackson, MS 39201

From: Scott Tyner, 194369
EMCF, 2A, #107
10641 Hwy. 80 West
Meridian, MS 39307

Re: Tyner v. Cain, et al
3:22-cv-257-KHJ-~~LRA~~ BWR

Greetings Clerks:

I am an inmate and am pro se in another suit, Tyner v. Arnold, et al. I was also pro se in the suit listed above and need two exhibits from that suit to use in my current suit. We do <u>not</u> have access to PACER.

The first is Exh. 64 of plaintiff and is attached to my letter to the Court of September 19th, 2023.

The second is Exh. 74 of plaintiff and is attached to Plaintiff's Supplemental Response to the Court's November 1st, 2023, Report & Recommendation, dated December 19th, 2023.

As always, your assistance is very much appreciated.

Sincerely,
Scott Tyner

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 19 2025
ARTHUR JOHNSTON
BY _____ DEPUTY